

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00413-CV

| | | |
|---|---|---|
| SADIE WELDON, Appellant | § | On Appeal from the 271st District Court |
| V. | § | of Jack County (22-03-032) |
| | § | March 7, 2024 |
| THE LILITH FUND FOR REPRODUCTIVE EQUITY, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying Appellant Sadie Weldon's motion to dismiss. It is ordered that the trial court's order is affirmed.

It is further ordered that Appellant Sadie Weldon must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr